STATE of Missouri, Respondent,

v.

Jon B. STACEY, Appellant.

No. WD 35011.

Missouri Court of Appeals,
Western District.

Feb. 7, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1984.

James W. Fletcher, Public Defender and Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., and Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and KENNEDY and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from judgment of conviction of first degree murder, § 565.003, RSMo 1978, and sentence to life imprisonment, of the Circuit Court of Jackson County.

Affirmed. Rule 30.25(b).

Jeanne PETERSON and Claude Peterson, Appellants,

v.

Luke J. DLABAL, Jr., and Richard Holt, Respondents.

No. 33816.

Missouri Court of Appeals,
Western District.

Feb. 14, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1984.

Application to Transfer Denied May 15, 1984.

L.H. Wilbers, Jefferson City, for appellants.

Hamp Ford, Columbia, for respondents.

Before SOMERVILLE, P.J., and NUGENT and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from judgment entered upon a directed verdict for defendants in an action for damages.

Affirmed. Rule 84.16(b).